IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>   Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT, et al.,<br><br>   Defendants. | No. 2:22-CV-0379-KJM-DMC-P<br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

      The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

      IT IS SO ORDERED.

Dated: April 22, 2022

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE