IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants. | No.  2:22-CV-0379-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.[1]  The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On September 13, 2022, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

/////

/////

---

[1] At the time Plaintiff initiated this action, he was pretrial detainee at the Sacramento County Jail.  Plaintiff has since been released.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 13, 2022, are adopted in full;

2. Plaintiff's motion for injunctive relief, ECF No. 6, is denied; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE