IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT, et al.,<br><br>Defendants. | No. 2:22-CV-0379-DJC-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's original complaint, ECF No. 1.

The Court previously determined that Plaintiff's complaint stated various cognizable claims for relief against the County of Sacramento and named subsidiary entities. See ECF No. 12. The Court also concluded that Plaintiff's action could not proceed as against the Sacramento County Superior Court because it is immune from suit under the Eleventh Amendment. See id. It was unclear to the Court whether Plaintiff intended to proceed against any individuals whom he claims were responsible for alleged constitutional violations. See id. To provide Plaintiff the fullest opportunity to explain his claim, Plaintiff was provided leave to amend. See id. Plaintiff was informed that, if he did not file an amended complaint within the time provided, the Court would direct that the action proceed as against the county defendants

1

and be dismissed as to the Sacramento County Superior Court. See id.

To date, Plaintiff has not filed an amended complaint within the time provided by in the prior order and the Court finds that case should now proceed as against the county defendants and that the Sacramento County Superior Court should be dismissed for the reasons stated in the Court's prior order. By separate order, the Court authorizes service of process on the county defendants and will require Plaintiff to submit documentation necessary for service by the United States Marshal.

Based on the foregoing, the undersigned recommends as follows:

1. Sacramento County Superior Court be dismissed as a defendant to this action.

2. This action proceed on Plaintiff's original complaint as against the county defendants only.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 31, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE